# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUIS AGUILAR, | ) |
| | ) |
| PLAINTIFF, | )     **1:20-cv-06668** |
| | ) |
| v. | ) |
| | ) |
| ROLAND CORPORATION U.S., | ) |
| | ) |
| DEFENDANT. | ) |

## STIPULATION OF DISMISSAL

Plaintiff LUIS AGUILAR and Defendant ROLAND CORPORATION U.S., hereby stipulate under that this action be dismissed with prejudice pursuant to the parties' agreement, with each party bearing that party's own attorney's fees and costs.

Dated: April 12, 2022                      Respectfully submitted,

LUIS AGUILAR                               ROLAND CORPORATION U.S.

*/s/ Nicholas J. Kreitman*                *Kristine S. Phillips*
    One of His Attorneys                    One of the Attorneys for Defendants

Nicholas J. Kreitman                    Kristine S. Phillips
Kreitman Law, LLC                       O'Hagan Meyer LLC
22 West Washington Street          1 E. Wacker Drive, Suite 3400
15th Floor                                     Chicago, IL 60601
Chicago, IL 60602                        Tel: (312) 422-6100
Tel: (847) 970-0575                     kphillips@ohaganmeyer.com
njk@kreitmanlaw.com

                                               *Attorneys for Defendants*

*Attorney for Plaintiff*